UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**IRENE WANG,**

    **Plaintiff,**

v.                                                 Case No.  8:05-cv-1924-T-30MSS

**UNITED STATES OF AMERICA,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon an Agreed Motion for Substitution of Deceased Plaintiff Pursuant to Rule 25(A)(1) of the Federal Rules of Civil Procedure (Dkt. #14-1) file on January 11, 2006 and an Agreed Motion to Amend Complaint and Add Additional Party Plaintiffs (Dkt. #15-1) and an attached proposed Amended Complaint (Dkt. #15-2) filed on January 12, 2006.  The Court, having considered the motions and having reviewed the proposed amended complaint, finds that the Agreed Motion for Substitution of Deceased Plaintiff Pursuant to Rule 25(A)(1) of the Federal Rules of Civil Procedure (Dkt. #14-1) should be granted and that the Agreed Motion to Amend Complaint and Add Additional Party Plaintiffs (Dkt. #15-1) should be granted in part and denied in part. It appears that James Y.A. Wang and Victor Wang have a competing interest in the subject matter of this litigation.

    It is therefore **ORDERED AND ADJUDGED** that:

    1.    The Agreed Motion for Substitution of Deceased Plaintiff Pursuant to Rule 25(A)(1) of the Federal Rules of Civil Procedure (Dkt. #14-1) is GRANTED.

2. The Agreed Motion to Amend Complaint and Add Additional Party Plaintiffs (Dkt. #15-1) is GRANTED IN PART AND DENIED IN PART.

3. James Y.A. Wang, as Executor of the Estate of Irene Wang, may be substituted as Party Plaintiff for Irene Wang.

4. James Wang, individually, may be added as an additional Party Plaintiff.

5. Plaintiff's request to add Victor Wang as a Party Plaintiff in this matter is DENIED. Plaintiff may add Victor Wang as an additional Defendant, only.

6. Plaintiff's request for leave of Court to amend the Complaint is granted, but the proposed Amended Complaint (Dkt. #15-2) attached as Exhibit "A" to Plaintiff's motion to amend is not acceptable. Plaintiff may file another proposed amended complaint consistent with the instructions of this order within twenty (20) days.

7. Plaintiff's attorney is ordered to show cause, in writing, within twenty (20) days, why there is no conflict in representing James Y.A. Wang, as Executor of the Estate of Irene Wang and individually, while simultaneously representing Victor Wang, individually.

**DONE** and **ORDERED** in Tampa, Florida on January 24, 2006.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-1924. substitute P & deny request to amend.frm