# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**JAMES Y. A. WANG, Executor of
the Estate of IRENE WANG, et al.,**

    **Plaintiffs,**

v.                                                                                      Case No.  8:05-cv-1924-T-30MSS

**UNITED STATES OF AMERICA, et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Partial Summary Judgment (Dkt. 110), and Defendant United States of America's Memorandum of Law in Opposition to the same (Dkt. 120).  Plaintiff's Motion, in part, seeks entry an Order from this Court confirming that the Quit Claim Deed dated April 28, 2002, and recorded in the Public Records of Sarasota County, Florida, Official Records Instrument No. 2002068288 (the **"Quit Claim Deed"**), was reformed by that certain Final Judgment Reforming Deed dated November 6, 2006 (the **"Judgment"**), and recorded in Official Records Instrument No. 2006195158.[1]  All further relief requested in Plaintiff's Motion is contingent on this Court finding that the Quit Claim Deed was so reformed.  Defendant has argued that because the

---

[1] The Quit Claim Deed, the Judgment, and the order referenced herein were recorded in the Public Records of Sarasota County, Florida.

Judgment was vacated on December 1, 2006[2], no basis exists for Plaintiff's Motion. This Court agrees.

It is therefore ORDERED AND ADJUDGED that Plaintiff's Motion for Partial Summary Judgment (Dkt. 110) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on August 8, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-1924.mt partial sj.frm

---

[2] The Judgment was entered in an action in the Circuit Court for the Twelfth Judicial Circuit in and for Sarasota County, Florida, titled James Y.A. Wang as Personal Representative of the Estate of Irene Wang v. Victor Wang, 2006 CA 006911 NC. The Order vacating the Judgment was recorded in the Public Records of Sarasota County Florida, Official Records Instrument No. 2006211308.